IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LATOYA GILLIAM** and **KAYLA McCROBIE,** individually and on behalf of all others similarly situated**,**<br><br>           Plaintiffs,<br><br>           v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE** and<br>**GEORGE ERVIN PERDUE III**, in his official capacity as Secretary of the United States Department of Agriculture,<br><br>           Defendants. | Civil Action No.  2:20-cv-03504-JMY |

# Amended Exhibit 13 to Plaintiffs' Motion for Preliminary Injunction

Declaration of Ann Sanders

I, Ann Sanders, hereby declare under penalty of perjury that the following facts are true and correct:

**1.** My name is Ann Sanders. I am the Public Policy Advocate at Just Harvest. Just Harvest is a non-profit organization that educates, empowers and mobilizes people to eliminate hunger, poverty, and economic injustice in our communities by influencing public policy, engaging in advocacy, and connecting people to public benefits. We are based in Pittsburgh, at 16 Terminal Way, Pittsburgh, PA 15219, and are Southwestern Pennsylvania's recognized authority on hunger and poverty issues. We promote economic justice in public policy at every level of government through both legislative and administrative processes. For over 30 years Just Harvest has worked to ensure that School Breakfast, WIC, SNAP, farmer's market and nutritional programs, and other forms of assistance are available to people who are struggling to get by. Just Harvest has been instrumental in the development of the Pittsburgh Food Policy Council and the Southwestern PA Food Security Partnership. Just Harvest has researched and issued reports on hunger in Allegheny County, and a Welfare Rights Handbook, and has won three Victory Against Hunger awards from the Congressional Hunger Center, the Pennsylvania Public Health Association's Rodale Award for Health Promotion, and the Harry Chapin Food Self-Reliance Award.

**2.** In addition to policy advocacy and community education about hunger and poverty issues, Just Harvest operates two community food-access interventions, runs a major SNAP outreach and enrollment assistance program, provides tax assistance for low-income people, and connects individuals and families to social services and public benefits. Our Fresh Access program provides electronic transaction capacity at 20 local farmers markets, enabling customers to use their SNAP (food stamp) benefits with dignity and a lack of stigma. Our Fresh Corners program works with 10 small "mom-and-pop" grocery stores in food desert neighborhoods to stock and promote affordable fresh produce for their customers, who otherwise face significant barriers to accessing healthy food choices. Just Harvest assists households in applying for SNAP and in navigating through the often complex and intimidating process of eligibility determination. In the past year, we processed more than 1,000 Food Stamp applications. Our tax preparation services are among the largest in the region. We also assist people who are having difficulty getting access to Cash Assistance or other benefits from the Department of Human Services/County Assistance Offices.

**3.** I have been involved with Just Harvest since 2007, when I was an intern from the School of Social Work. Over the years, I have worked at Just Harvest as a tax preparer, a food stamp specialist, and volunteer coordinator before becoming Public Policy Advocate. I have seen first-hand the critical importance of SNAP and also how inadequate it is for many households. When working with families who are trying to apply for benefits for the first time, many are surprised at how low the benefits are and ask for the number for a food pantry. This was especially true when I was working as a food stamp specialist during the 2009 recession, newly unemployed families who were used to having money for food were very surprised at how little they were

expected to spend on food and still have enough to eat. I imagine that families experiencing this economic shock for the first time now are also wondering how they will feed their families on such low benefits.

4. At Just Harvest, we also often get calls for people asking to check to see if there is a way to increase their SNAP benefits. Sometimes they have an expense that has not been deducted, and we can help them report that expense. However, many times it is that they are getting the correct amount, but the amount they are receiving is not enough to help them make ends meet. For most households, their SNAP amount is insufficient to provide an adequate supplement to their budget. Most families acknowledge that they will continue to use food pantries to supplement their benefits as they are not enough to carry them through the month.

5. Families in our region who are very low income are being stretched thin. Prior to the pandemic, paying for transportation in our region was already a challenge. Allegheny County already has one of the highest priced public transit systems for riders. During this crisis, bus routes are running less frequently due to lower overall ridership. Those that rely on busses now are more reliant on even more expensive ride sharing services or jitneys. Other household items such as cleaning supplies and sanitary products are becoming more expensive. Kids are home all day and eating, so household's food budgets are more than usual. The utility bills are higher because people are home all day and using more electricity and more water. All of these additional expenses make it harder for low-income families to contribute any money towards their food budgets.

6. Due to transportation barriers, people are relying more on local corner stores, which generally charge higher prices than larger supermarkets. So, people are experiencing higher food costs. Also due to stocking shortages of some items at supermarkets, people often find they have to go to more than one store to stock up on items - meaning they are also paying out more for transportation costs.

7. At the maximum SNAP benefit amount, which for one person is $194/month, a person can budget per meal is $2.14. A household of four receives a maximum benefit of $646 per month – or $1.79 per meal per person. The average cost of a meal in Allegheny County is $2.34, according to the Urban Institute's 2018 study, "How Far Do SNAP Benefits Fall Short of Covering the Cost of a Meal?"[1] There is an $18 shortage for a single person and a $194 shortage for a family of four. In order to qualify for the maximum SNAP benefit amount, a family has to show they have no money to pay for food after shelter costs and other expenses are deducted - and not even all expenses are counted such as transportation or medical costs for non-disabled household members. For a very low-income household of any size, covering anything extra is an impossible ask.

---

[1] https://www.urban.org/does-snap-cover-cost-meal-your-county

8. According to data supplied to me by the Pennsylvania Department of Human Services at my request, 674,462 Pennsylvanians received SNAP benefits in the month of March 2020 but did not get emergency allotments because they received the maximum allotment. The number of Pennsylvania SNAP recipients who did not get emergency allotments in April 2020 was 728,118. I have attached the data I received from DHS with these statistics, along with the cover email accompanying the data, to this declaration.

9. According to the data supplied by DHS, in the month of April 2020, 56.5% of people who did not receive emergency allotments in April 2020 because they were already receiving the maximum benefit lived in households with children.

10. I have also attached for comparison with the figures DHS supplied to me DHS's report of the total number of Pennsylvania SNAP recipients in recent months, which is publicly available on DHS's web site at http://listserv.dpw.state.pa.us/Scripts/wa.exe?A1=ind20&L=ma-food-stamps-and-cash-stats.

_____
Ann Sanders

July 2, 2020
_____
July 2, 2020



Ann Sanders <anns@justharvest.org>

# EA demographics

**Buhrig, Catherine** <cbuhrig@pa.gov>      Tue, Jun 23, 2020 at 12:30 PM
To: Ann Sanders <AnnS@justharvest.org>

Hi Ann,

Attached is an analysis we sent to CLS. It includes the number of people that received the full grant and, therefore, no supplement; the number of household members; the number of children in those households; whether or not the head of household had earned income; and education. As to education I would again caution that that information is not reliable as it is not always updated and may or may not be reported by the individual as it is not a criterion for eligibility.

Cathy Buhrig, MS, MPA| Director, Bureau of Policy

PRONOUNS: She/her/hers

Department of Human Services | Office of Income Maintenance

Room 427 Health & Welfare Building | Hbg PA 17120

Phone: 717.787.4081 | Fax: 717.787.6765

www.dhs.pa.gov

Apply for or renew health and human services benefits online at www.compass.state.pa.us.

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

*The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of the attorney-client or any other privilege.*

**From:** Ann Sanders <AnnS@justharvest.org>
**Sent:** Tuesday, June 23, 2020 11:55 AM
**To:** Buhrig, Catherine <cbuhrig@pa.gov>
**Subject:** [External] EA demographics

**ATTENTION:** This email message is from an external sender. Do not open links or attachments from unknown sources. To report suspicious email, forward the message as an attachment to CWOPA_SPAM@pa.gov.

[Quoted text hidden]

 **SNAP Emergency Assistance for CLS.xlsx**    **1-1**

16K

1-2

| Date | NUMBUDGETS | NUMPEOPLE |
|---|---|---|
| Mar-20 | 399,686 | 674,462 |
| Apr-20 | 430,771 | 728,118 |

**1-3**

| HHSIZE | BUDGET | |
|---|---|---|
| | Mar-20 | Apr-20 |
| 1 | 260,089 | 279,346 |
| 2 | 63,043 | 68,618 |
| 3 | 40,301 | 43,708 |
| 4 | 21,731 | 23,489 |
| 5 | 9,312 | 10,050 |
| 6 | 3,493 | 3,758 |
| 7 | 1,180 | 1,251 |
| 8 | 353 | 371 |
| 9 | 133 | 139 |
| 10 | 40 | 41 |
| 11 | 16 | 17 |
| 12 | 6 | 6 |
| 13 | 1 | 1 |

| | Mar-20 | | Apr-20 | |
|---|---|---|---|---|
| Number of Children | Number of Budgets | Number of Recipients | Number of Budgets | Number of Recipients |
| 0 | 273,909 | 294,006 | 294,710 | 316,621 |
| 1 | 59,127 | 127,011 | 64,255 | 138,234 |
| 2 | 39,037 | 123,499 | 42,277 | 134,071 |
| 3 | 18,403 | 77,426 | 19,753 | 83,331 |
| 4 | 6,460 | 34,055 | 6,854 | 36,191 |
| 5 | 1,973 | 12,399 | 2,102 | 13,253 |
| 6 | 559 | 4,113 | 591 | 4,366 |
| 7 | 148 | 1,260 | 157 | 1,337 |
| 8 | 48 | 454 | 47 | 444 |
| 9 | 15 | 160 | 19 | 199 |
| 10 | 6 | 67 | 5 | 59 |
| 11 | 1 | 12 | 1 | 12 |

**1-5**

|                   | Mar-20            |                      | Apr-20            |                      |
|-------------------|-------------------|----------------------|-------------------|----------------------|
| Have Earned Income | Number of Budgets | Number of Recipients | Number of Budgets | Number of Recipients |
| N                 | 295,187           | 455,484              | 335,522           | 534,076              |
| Y                 | 104,499           | 218,978              | 95,249            | 194,042              |

**1-6**

|  | Mar-20 | | Apr-20 | |
| --- | --- | --- | --- | --- |
| **Highest Head of Household Education Level** | **Number of Budgets** | **Number of Recipients** | **Number of Budgets** | **Number of Recipients** |
| No formal Education | 2,754 | 4,240 | 2,896 | 4,547 |
| Unknown | 49,946 | 71,825 | 52,062 | 75,461 |
| First Grade | 604 | 813 | 623 | 850 |
| Second Grade | 379 | 522 | 390 | 548 |
| Third Grade | 557 | 754 | 572 | 780 |
| Fourth Grade | 556 | 798 | 581 | 842 |
| Fifth Grade | 878 | 1,201 | 918 | 1,266 |
| Sixth Grade | 1,577 | 2,291 | 1,633 | 2,405 |
| Seventh Grade | 1,615 | 2,286 | 1,677 | 2,392 |
| Eighth Grade | 4,418 | 6,732 | 4,622 | 7,104 |
| Ninth Grade | 8,874 | 14,616 | 9,369 | 15,463 |
| Tenth Grade | 18,656 | 30,813 | 19,566 | 32,311 |
| Eleventh Grade | 28,264 | 50,182 | 30,061 | 53,237 |
| High School Diploma, GED, Nat External Diploma Program | 240,539 | 413,136 | 258,774 | 444,448 |
| Associate's Degree | 10,763 | 20,436 | 12,418 | 23,619 |
| Bachelor's Degree | 7,459 | 12,447 | 8,794 | 14,548 |
| Graduate Degree | 1,586 | 2,646 | 1,837 | 3,096 |
| Other Credentials (degree, certificate, diploma etc) | 9,661 | 20,844 | 11,186 | 23,835 |
| Three years of college completed | 4,329 | 7,586 | 5,192 | 8,944 |
| College graduate | 4,322 | 7,325 | 5,394 | 9,041 |
| Post graduate | 1,225 | 1,941 | 1,482 | 2,355 |
| No Data Available | 724 | 1,028 | 724 | 1,026 |

# TABLE 1
## ELIGIBLE ADULTS AND CHILDREN
## FISCAL YEARS 2009-2010 TO 2018-2019 AND 2019-2020 TO DATE

| AVERAGE MONTHLY NUMBER DURING FISCAL YEAR | MEDICAL | TANF | GA | SNAP |
|---|---|---|---|---|
| 2009-2010 | 2,145,056 | 215,414 | 64,339 | 1,526,233 |
| 2010-2011 | 2,202,274 | 219,173 | 67,624 | 1,725,606 |
| 2011-2012 | 2,206,561 | 217,753 | 68,833 | 1,824,836 |
| 2012-2013 | 2,191,652 | 203,419 | 10,292 | 1,810,990 |
| 2013-2014 | 2,217,825 | 192,087 | 379 | 1,818,144 |
| 2014-2015 | 2,362,653 | 185,992 | 387 | 1,833,735 |
| 2015-2016 | 2,694,163 | 167,019 | 374 | 1,879,833 |
| 2016-2017 | 2,830,300 | 148,305 | 457 | 1,863,169 |
| 2017-2018 | 2,886,196 | 131,758 | 125 | 1,842,458 |
| 2018-2019 | 2,869,146 | 115,384 | 5,415 | 1,783,811 |
| **2019-2020** | | | | |
| July 2019 | 2,860,494 | 109,403 | 12,025 | 1,763,259 |
| August | 2,852,801 | 108,442 | 8,896 | 1,763,936 |
| September | 2,839,166 | 107,907 | ** | 1,755,692 |
| October | 2,834,779 | 106,128 | ** | 1,752,648 |
| November | 2,831,624 | 104,185 | ** | 1,750,158 |
| December | 2,835,163 | 103,451 | 0 | 1,743,716 |
| January 2020 | 2,838,748 | 101,829 | N/A | 1,744,689 |
| February | 2,831,563 | 98,896 | N/A | 1,737,459 |
| March | 2,843,814 | 94,590 | N/A | 1,754,453 |
| April | 2,893,666 | 93,461 | N/A | 1,860,866 |
| May | 2,939,902 | 105,699* | N/A | 1,907,096 |
| June | | | | |

May 2020 data as of 06-09-20.

** Data is suppressed to ensure personally identifiable information is not indirectly revealed in instances where there are 10 or fewer records.

*10,493 persons are from the EAP. (Emergency Asssistance Program)

2-1