IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LATOYA GILLIAM, ET AL.,** : | |
| : | Case No. 20-cv-3504-JMY |
| *Plaintiffs* : | |
| : | |
| v. : | |
| : | |
| **UNITED STATES DEPARTMENT OF** : | |
| **AGRICULTURE, ET AL.,** : | |
| : | |
| *Defendants* : | |

**ORDER**

**AND NOW**, this 15th day of October, 2020, upon consideration of Plaintiffs' unopposed Motion for Withdrawal of Counsel (ECF No. 40), it is hereby **ORDERED** that said Motion is **GRANTED**. Jonelle C. Saunders is hereby withdrawn as counsel for Plaintiffs, and shall be removed from the CM/ECF service list for this case, and from all other correspondence relating to this matter.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**