UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-007-E

No. 20-3152

LATOYA GILLIAM;
KAYLA MCCROBIE

v.

UNITED STATES DEPARTMENT OF AGRICULTURE;
SECRETARY UNITED STATES DEPARTMENT OF AGRICULTURE,
Appellant

(E.D. Pa. No. 2-20-cv-03504)

Present: AMBRO & SHWARTZ, <u>Circuit Judges</u>

1. Appellants' Emergency Motion for Stay of Preliminary Injunction Pending Appeal and For Administrative Stay Pending Disposition of Stay Motion;

2. Letter dated 10/27/2020, filed pursuant to Rule 28(j) from counsel for Appellants Secretary United States Department of Agriculture and AGRI;

3. Response by Appellees in Opposition.

                                                                                           Respectfully,
                                                                                           Clerk/pdb

_____ORDER_____

The foregoing motion for a stay of the preliminary injunction is denied. The request for an administrative stay is dismissed as moot. The Court has determined that the appeal should be expedited. Briefing shall proceed as follows:

- Appellant's opening brief and the joint appendix must be filed on or beforeTuesday, November 17, 2020.
- Appellees' brief must be filed on or before Tuesday, December 1, 2020.
- Appellant's reply brief, if any, must be filed on or before Tuesday, December 8, 2020.

The case will be scheduled for disposition at the convenience of the Court.

By the Court,

s/ Thomas L. Ambro
Circuit Judge

Dated: October 30, 2020
Tmm/cc: Amy Hirsch, Esq.
James D. Nelson, Esq.
David B. Salmons, Esq.
John P. Lavelle, Jr., Esq.
Joshua K. Handell, Esq.